# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: |
| ) | |
| Plaintiff ) | **CORPORATION DISCLOSURE STATEMENT** |
| ) | |
| vs. ) | |
| ) | |
| David Cardillo ) | 05 11157 RWZ |
| ) | |
| Defendant ) | |

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Southern New England, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Southern New England, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2. Comcast of Southern New England, Inc. is wholly owned by Comcast of Georgia/Massachusetts, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Counsel,

_____        _____
Date                                              John M. McLaughlin
                                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                       77 Pleasant Street
                                                       P.O. Box 210
                                                       Northampton, MA 01061
                                                       Telephone: (413) 586-0865
                                                       BBO No. 556328

Page  1