# UNITED STATES DISTRICT COURT

District of _____
M A

Comcast of SNE, Inc.

v.

David Cardillo

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11157 RWZ

TO: (Name and address of Defendant)

David Cardillo
52 Warren Avenue
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
**Green, Miles, Lipton, &**
**Fitz-Gibbon LLP**
P.O. Box 210
Northampton, MA 01061-0210

(413) 586-0865

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUN - 3 2005

CLERK                                                DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 10, 2005

I hereby certify and return that on 6/9/2005 at 1:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of DAVID CARDILLO, , 52 WARREN Avenue CHELMSFORD, MA 01824 and by mailing 1st class to the above address on 6/10/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($10.00) Total Charges $50.50

*Gerard N Whitman*
_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.