UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 05-11157 RWZ

| | |
|---|---|
| COMCAST OF SOUTHERN NEW ENGLAND, INC., <br> Plaintiff <br><br> v. <br><br> DAVID CARDILLO, <br> Defendant | **ANSWER** |

1. The Defendant denies the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. The Defendant denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. The Defendant admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. The Defendant admits the allegations contained in paragraph 4 as to his principal residence at 52 Warren Avenue, Chelmsford, MA 01824 and denies the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

5. The Defendant neither admits nor denies the allegations contained in paragraph 5 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

6. The Defendant neither admits nor denies the allegations contained in paragraph 6 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

7. The Defendant neither admits nor denies the allegations contained in paragraph 7 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

8. The Defendant neither admits nor denies the allegations contained in paragraph 8 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

9. The Defendant neither admits nor denies the allegations contained in paragraph 9 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

10. The Defendant neither admits nor denies the allegations contained in paragraph 10 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

LAW OFFICES
OF
BRIAN R. SULLIVAN
5 NORTH ROAD
CHELMSFORD, MA
01824

TEL (978) 250-4600
FAX (978) 250-3323

11. The Defendant neither admits nor denies the allegations contained in paragraph 11 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

12. The Defendant neither admits nor denies the allegations contained in paragraph 12 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

13. The Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. The Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. The Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. The Defendant denies the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. The Defendant repeats and reavers his answers to paragraphs 1 through 16 of Plaintiff's Complaint.

18. The Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. The Defendant denies the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. The Defendant neither admits nor denies the allegations contained in paragraph 20 of Plaintiff's Complaint and calls upon Plaintiff to prove same.

21. The Defendant denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. The Defendant denies the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. The Defendant denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. The Defendant repeats and reavers his answers to paragraphs 1 through 23 of Plaintiff's Complaint.

25. The Defendant denies the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. The Defendant denies the allegations contained in paragraph 26 of Plaintiff's Complaint.

27. The Defendant denies the allegations contained in paragraph 27 of Plaintiff's Complaint.

LAW OFFICES
OF
BRIAN R. SULLIVAN
5 NORTH ROAD
CHELMSFORD, MA
01824

TEL (978) 250-4600
FAX (978) 250-3323

       WHEREFORE, the Defendant, David Cardillo, requests This Honorable Court to deny the requested relief and dismiss Plaintiff's Complaint.

> Respectfully submitted,
> David Cardillo,
> By his attorney,
>
> *[signature: Brian R. Sullivan]*
>
> Brian R. Sullivan, Esq.
> BBO#: 545639
> Law Offices of Brian R. Sullivan
> 5 North Road
> Chelmsford, MA 01824

Dated: August 23, 2005     (978) 250-4600

LAW OFFICES
OF
BRIAN R. SULLIVAN
5 NORTH ROAD
CHELMSFORD, MA
01824

TEL (978) 250-4600
FAX (978) 250-3323

## CERTIFICATE OF SERVICE

I, Brian R. Sullivan, attorney for Defendant, David Cardillo, hereby certify that I forwarded a copy of **DEFENDANT'S ANSWER TO COMPLAINT**, via first class mail, to

John M. McLaughlin, Esquire
Green, Miles, Lipton & Fitz-Gibbon, LLP
77 Pleasant Street
P. O. Box 210
Northampton, MA 01061

Dated: August 23, 2005

Brian R. Sullivan
BBO#: 545639
Law Offices of Brian R. Sullivan
5 North Road
Chelmsford, MA. 01824
(978) 250-4600

LAW OFFICES
OF
BRIAN R. SULLIVAN
5 NORTH ROAD
CHELMSFORD, MA
01824

TEL (978) 250-4600
FAX (978) 250-3323