UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

COMCAST OF SOUTHERN
NEW ENGLAND,

      Plaintiff,                                    CIVIL ACTION
v.                                                           NO.  05-11157-RWZ

DAVID CARDILLO,

      Defendant,

## NOTICE OF AND ORDER REGARDING MEDIATION

    The parties are hereby notified that the court has scheduled a mediation conference for **Wednesday, June 7, 2006 @ 10:00 A.M.** in The United States District Court in **Worcester**, Courtroom #1 on the 5th Floor.  Counsel are directed to be present with their respective clients.

    In addition, each party shall submit a **brief** memorandum addressing the party's position on the merits of the case and on settlement.  This should be filed with my Clerk by e-mail at lisa_roland@mad.uscourts.gov **no later than one (1) day before the conference.**  The memorandum should be marked "Confidential - Not for Docketing" and will be held in confidence by the Court.

    **If any party believes that the case is not ready for mediation at this time, please notify opposing counsel and the court as soon as possible.**

                                      / s /Timothy S. Hillman
                                      Timothy S. Hillman
DATED: May 3, 2006                United States Magistrate Judge