UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: **1:05-cv-11157-RWZ** |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| **David Cardillo** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

5/23/06
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                      Respectfully Submitted for the Defendant,
                                      David Cardillo
                                      By his attorney,

_5/17/06_                               /s/ Brian Sullivan
Date                                     Brian R. Sullivan
                                          Sullivan & Sullivan, LLP
                                          5 North Road
                                          Chelmsford, MA  01824
                                          Telephone: (978) 250-4600